## Commonwealth *v.* Piazza, Appellant.

Before HEIMBACH, P. J.

Argued September 11, 1975. *Thomas S. McCready*, with him *Kenneth R. Bayless*, and *Laputka, Bayless, Ecker & Cohn*, for appellant; *Murray Mackson*, First Assistant District Attorney, with him *John Deutsch*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Shaw, Appellant.

Before DEFURIA, J., without a jury.

Argued September 12, 1975. *Frank W. Daly*, with him *Higgins, Gorbey, George and DiOrio*, for appellant; *John G. Siegle*, Assistant District Attorney, with him *William J. Davies* and *Ralph B. D'Iorio*, Assistant District Attorneys, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.